IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO. 5:22-CR-1-004 (MTT) |
| | ) |
| DWIGHT TURNER, | ) |
| | ) |
| Defendant. | ) |
| | ) |

### ORDER

The defendant, by and through his counsel, has moved the Court to continue this case to the next trial term.  Doc. 535.  The defendant was indicted, along with 21 co-defendants, on January 11, 2022.  Doc. 1.  The case was declared complex on March 2, 2022, and the trial was specially set for March 13, 2023.  Doc. 243.  The defendant was not arrested until May 16, 2023 and had his arraignment in this Court on May 17, 2023.  Docs.  516.  No prior continuances have been granted.  The defendant, by and through his counsel, now moves the Court to continue this case to the next trial term to provide additional time for defendant's counsel to receive and review discovery in order to effectively represent the defendant.  Doc. 535 at 1.  The government does not oppose the motion.  *Id.* ¶ 4.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant to a speedy trial.  Accordingly, the motion (Doc. 535) is **GRANTED**.  The case is continued from the July term until the Court's trial term presently scheduled for **September 11, 2023**.  The corresponding delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq.*

**SO ORDERED**, this 20th day of June, 2023.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
