IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

UNITED STATES OF AMERICA

VS.                                        NO. 5:22-CR-1-004(MTT)

Dwight Turner, a/k/a "Wight"

## ORDER FOR DETENTION

On August 30, 2023, the above-named defendant entered a guilty plea to a one-count Superseding Information charging Distribution of Methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C). Pursuant to the defendant's request and based upon the information provided to the Court, an exception to the mandatory detention provisions at 18 U.S.C. § 3143(a)(2) was made and the defendant was allowed to remain on pretrial release.

However, because the grounds for the exception no longer exist, it is hereby ordered that a bench warrant be issued for the defendant's arrest and that he be taken into the custody of the United States Marshals to await sentencing in this case.

SO ORDERED, this 2nd day of November, 2023.


S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT